**BIVENS v. COTTLE**

[346 N.C. 270 (1997)]

JACKIE L. BIVENS, MARY E. BIVENS AND ELLIS M. COTTLE v. DEBORAH LYNN
COTTLE (WESTLAKE)

No. 496PA95

(Filed 6 June 1997)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(1) and on discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 120 N.C. App. 467, 462 S.E.2d 829 (1995), reversing an order granting custody of defendant's minor children to defendant by Lanier (Russell J., Jr.), J., entered on 11 October 1994 in District Court, Duplin County. Heard in the Supreme Court 16 October 1996.

*Gailor & Associates, PLLC, by Carole S. Gailor, for plaintiff-appellees Jackie and Mary Bivens.*

*Edward P. Hausle, P.A., by Edward P. Hausle; and Lea, Clyburn & Rhine, by James W. Lea, III, and J. Albert Clyburn, for defendant-appellant.*

PER CURIAM.

APPEAL DISMISSED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.